# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SAMUEL JUNIOR MACKEY,<br><br>    Petitioner,<br><br>    v.<br><br>L.E. SCRIBNER, Warden,<br><br>    Respondent. | No. EDCV 07-91-PSG (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: January 21, 2010

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE